**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| CHANNEL (H), INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:17-cv-00916-O |
| | § | |
| | § | |
| CQUENTIA SERIES, LLC, HTG SERIES, | § | |
| A SERIES DECLARED BY CQUENTIA | § | |
| SERIES, LLC, AND ALAN MEEKER | § | |
| | § | |
| Defendants. | § | |

## AGREEMENT

DATE: December 12, 2017

As evidenced by the signatures of their respective counsel below, Plaintiff Channel (H), Inc. ("Channel (H)") and Defendants CQuentia Series, LLC, HTG Series, a Series Declared by CQuentia Series, LLC, and Alan Meeker (Collectively, "Defendants") have agreed as follows with respect to the above-captioned case (referred to herein as the "Lawsuit"):

- Counsel for Defendants, Rafael C. Rodriguez, will accept service of all filings to date in the Lawsuit on behalf of Defendants; provided, however, service shall be deemed effective December 6, 2017;

- Service by electronic service and/or email constitutes proper notice and/or service for all filings to date; provided, however, service of all filings in the Lawsuit to date shall be deemed effective on December 6, 2017 or, if filed after December 6, 2017, the date on which said filings were emailed to opposing counsel or transmitted to opposing counsel via ECF;

- Defendants received the Court's Order related to Plaintiff's Motion for Preliminary Injunction [Doc. 10]; and

- The deadline for Defendants to file their Response to Plaintiff's Motion for Preliminary Injunction is December 15, 2017.

Respectfully submitted,

/s/ Rafael C. Rodriguez

David Lovell
State Bar No. 24065645
Rafael C. Rodriguez
State Bar No. 24081123
Jeffery Gilmore
State Bar No. 24083073
**WINSTEAD PC**
300 Throckmorton Street, Suite 1700
Fort Worth, Texas  76102
Telephone:     (817) 420-8200
Facsimile:      (817) 420-8201
Email:      dlovell@winstead.com
                 rrodriguez@winstead.com
                 jgilmore@winstead.com

– and –

Bill Warren
State Bar No. 00786331
bill.warren@kellyhart.com
Ryan Roper
State Bar No. 24098347
ryan.roper@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

**ATTORNEYS FOR CQ, HTG, AND ALAN MEEKER**

*/s/Margaret Horton Apgar*
Margaret Horton Apgar
State Bar No. 24036805
**THE APGAR FIRM, PLLC**
1914 Skillman Street, Suite 110-150
Dallas, Texas 75206
(214) 707-2791 (Phone)
(214) 279-6050 (Fax)
margaret@apgarfirm.com

– and –

Of Counsel:
Brett E. Lewis
(Admitted *pro hac vice*)
Justin Mercer
(*pro hac vice* forthcoming)
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, New York 11201
Tel. (718) 243-9323
brett@ilawco.com
justin@ilawco.com

**ATTORNEYS FOR PLAINTIFF
CHANNEL (H), INC.**