**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **CHANNEL (H) INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-CV-00916-O |
| § | |
| **CQUENTIA SERIES, LLC, et al.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Modify Scheduling Order (ECF No. 36), filed February 9, 2018. Defendants seek one month extensions of the expert designation, responsive expert designations, and mediation deadlines. Having considered the motion and noting that it is unopposed, the Court finds that it should be and is hereby **GRANTED.**

It is **ORDERED** that the initial expert designation & report deadline is extended to May 2, 2018; the responsive expert designation & report deadline is extended to May 23, 2018; and the mediation deadline is extended to July 1, 2018. Except as provided in this order, the deadlines of the Court's January 16, 2018 Scheduling Order (ECF No. 32) remain in effect.

**SO ORDERED** on this **12th day of February, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE